UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 644 BROADWAY LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLS LAKE FIRE AND CASUALTY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-08421-JST<br><br>**ORDER DISMISSING CASE** |

On May 21, 2021, the Court granted Defendants' motion to dismiss with leave to amend within 21 days. ECF No. 37 at 7. The Court further provided: "If Plaintiff opts not to file an amended complaint, it may file a notice of such election by the same deadline. Failure to file a timely amended complaint will result in dismissal of this case with prejudice." *Id.*

On June 11, 2021, Plaintiff filed a notice of intent not to file an amended complaint. ECF No. 38. Accordingly, this case is now dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 15, 2021

_____
JON S. TIGAR
United States District Judge