| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 16 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

644 BROADWAY, LLC, a California limited liability company,

        Plaintiff-Appellant,

 v.

FALLS LAKE FIRE AND CASUALTY COMPANY, a California corporation; FALLS LAKE NATIONAL INSURANCE COMPANY, an Ohio corporation,

        Defendants-Appellees.

No. 21-16188

D.C. No. 4:20-cv-08421-JST
Northern District of California, Oakland

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 8), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/11.8.21/Pro Mo